Mahadhi Corzano, Esq. (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff,
DENISE FAVELO

**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENISE FAVELO, | ) Case No.: |
| | ) |
| Plaintiff, | ) **COMPLAINT AND DEMAND FOR** |
| | ) **JURY TRIAL** |
| v. | ) |
| | ) **(Unlawful Debt Collection Practices)** |
| PORTFOLIO RECOVERY GROUP, LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

**VERIFIED COMPLAINT**

DENISE FAVELO (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the following against PORTFOLIO RECOVERY GROUP, LLC (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

**JURISDICTION AND VENUE**

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

7. Plaintiff is a natural person residing in Stockton, San Joaquin County, California.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)* and Defendant is attempting to collect a debt by communicating with Plaintiff as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt by contacting Plaintiff.

10. Defendant is a national company located in Lewiston, Niagara County, New York, and conducts business in California.

11. At all times relevant to this Complaint, Defendant has acted through its agents employees, officers, members, directors, heir, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers in the District of California.

## FACTUAL ALLEGATIONS

12. Defendant places collection calls to Plaintiff seeking and demanding payment of an alleged debt.

13. Defendant calls Plaintiff from "unknown" numbers and from 716-312-4001 and asks her to call, 877-369-6484 (see Exhibit A).

14. Defendant calls Plaintiff on her cellular telephone, at 209-598-9355.

15. Defendant left a message for Plaintiff, threatening to file a lawsuit against her for "attempting to defraud a financial institution as well as writing a bad check" (see Exhibit B).

16. Defendant fails to state that the call is from Portfolio Recovery Group, LLC.

17. Defendant fails to state that the call is from a debt collector.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

18. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff.

   b. Defendant violated *§1692d(6)* of the FDCPA for failing to provide meaningful disclosure of the caller's identity.

   c. Defendant violated *§1692e(5)* of the FDCPA by threatening to file a lawsuit against Plaintiff when Defendant has not and does not intend to take such action.

   d. Defendant violated *§1692e(10)* of the FDCPA by using false and deceptive means in an attempt to collect a debt because Defendant threatened to file a lawsuit against Plaintiff for "attempting to defraud a financial institution as well as writing a bad check".

   e. Defendant violated *§1692e(10)* of the FDCPA by using false and deceptive means in an attempt to collect a debt because Defendant calls Plaintiff from "blocked" numbers.

   f. Defendant violated *§1692e(11)* by failing to state that the call is from a debt collector.

WHEREFORE, Plaintiff, DENISE FAVELO respectfully requests judgment be entered against Defendant, PORTFOLIO RECOVERY GROUP, LLC, for the following:

19. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

21. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

22. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

23. Defendant violated the RFDCPA based on the following:

   a. Defendant violated *§1788.10(f)* of the RFDCPA by threatening Plaintiff with legal action when Defendant has not and does not intend to take such action.

   b. Defendant violated *§1788.11(b)* of the RFDCPA by failing to provide meaningful disclosure of the caller's identity.

   c. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq*.

WHEREFORE, Plaintiff, DENISE FAVELO respectfully requests judgment be entered against Defendant, PORTFOLIO RECOVERY GROUP, LLC, for the following:

24. Statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

25. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

26. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, DENISE FAVELO, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED: January 31, 2011           KROHN & MOSS, LTD.


                        By: /s/ Mahadhi Corzano              _

                            Mahadhi Corzano
                            Attorney for Plaintiff

PLAINTIFF'S COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, DENISE FAVELO, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, DENISE FAVELO, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 10·1·2010                    _Denise Favelo_
                                   DENISE FAVELO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT A



| Voicemail (3) | **Info** |



**Unknown Caller**
September 20, 2010 10:50 AM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**<u>EXHIBIT B</u>**

**<u>Denise Favelo v. Portfolio Recovery Group, LLC</u>**

Hi this message is for Denise Favelo.  This is Roger Doth.  I am calling about a _____ in reference to a bad check that was written.  At this point you have one opportunity to contact us and resolve this matter.  This matter really does require your immediate attention.  You are being sued for attempting to defraud a financial institution as well as writing a bad check.  I can most easily be reached at 1-877-369-6484.  Your file number associated with the account which you will need handy when calling is 1011286.  Denise Favelo, you have officially been notified.


This very important message is for Denise Favelo.  My name is Roger Doth.  I am calling today because the plaintiff has given you an opportunity now to resolve this matter voluntarily.  You have chosen not to _____ issues summons at your home or place of employment.  Should you have any questions feel free to contact the plaintiff's office immediately.  Their number is 1-877-369-6484.  Your case number is 1011286-1269.  Again the number to call is 1-877-369-6484.  Your case number is 1011286-1269.