# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE FAVELO, | ) Case No.: 2:11-cv-00296-WBS-JFM |
| Plaintiff, | ) |
| vs. | ) **ORDER CONTINUING JUNE 13, 2011** |
| | ) **SCHEDULING CONFERENCE** |
| PORTFOLIO RECOVERY GROUP, LLC, | ) |
| Defendant. | ) |

## ORDER

It is hereby Ordered that the Scheduling Conference currently set for June 13, 2011 is continued to August 22, 2011 at 2:00 p.m.

Dated:   June 10, 2011



WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE