**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| DENISE FAVELO, | Case No.: 2:11-CV-00296-WBS-JFM |
| Plaintiff, | |
| vs. | **ORDER** |
| PORTFOLIO RECOVERY GROUP, LLC, | |
| Defendant. | |

Upon the application of plaintiff, and good cause appearing, IT IS HEREBY ORDERED that the Notice of Settlement is set aside and the scheduling conference set for August 22, 2011 is continued to **October 3, 2011 at 2:00 p.m.**   A status report shall be filed no later than September 19, 2011.

.

Dated:  August 18, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE