Mahadhi Corzano, Esq. (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA 90025
mcorzano@consumerlawcenter.com
T: (323) 988-2400; F: (866) 802-0021
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENISE FAVELO, | Case No.: **2:11-CV-00296-WBS-JFM** |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| PORTFOLIO RECOVERY GROUP, LLC, | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  September 8, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

[Proposed] Order